No. 567. KOEHRING CO. *v.* HYDE CONSTRUCTION Co., INC. C. A. 10th Cir. Certiorari denied. *Steven E. Keane* and *William A. Denny* for petitioner. *Jack N. Hays* and *Charles Clark* for respondent.

No. 518. PAINTER *v.* BANNISTER ET UX. Sup. Ct. Iowa. Motions of Board of Christian Social Concerns, New York Annual Conference of the Methodist Church, and American Civil Liberties Union et al., for leave to file briefs, as *amici curiae,* granted. Certiorari denied. *William H. Allen, Brice M. Clagett, John E. Vanderstar* and *Donald R. Payer* for petitioner. *John L. Butler* and *Jack A. Hall* for respondents. *Randolph J. Seifert* for Board of Christian Social Concerns, New York Annual Conference of the Methodist Church, and *Ephraim London* for American Civil Liberties Union et al., on the motions in support of the petition. *Thomas C. Lynch,* Attorney General, and *Elizabeth Palmer,* Deputy Attorney General, for the State of California, as *amicus curiae,* in support of the petition.

No. 558. HAWKINS *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Jack Greenberg, Anthony G. Amsterdam* and *Charles V. Bell* for petitioner. *T. Wade Bruton,* Attorney General of North Carolina, and *Theodore C. Brown, Jr.,* for respondent.

No. 173, Misc. LEEK *v.* COPINGER, WARDEN. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Robert C. Murphy,* Attorney General of Maryland, and *Julius A. Romano,* Assistant Attorney General, for respondent.